IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY PENISTER** **PLAINTIFF**
**ADC #092828**

v.                    Case No. 4:21-cv-00290-LPR

**JOYCE MARSHALL, Lt.**
**Dub Brassell Detention Center** **DEFENDANT**

## ORDER

The Court has received a Proposed Findings and Recommendation ("PFR") from United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After a careful and *de novo* review of the PFR, the objections, and the record, the Court adopts the PFR in its entirety.[1]

Accordingly, Defendant's Motion for Summary Judgment (Doc. 24) is GRANTED. Judgment shall be entered in favor of Defendant Marshall, and this case will be CLOSED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment is considered frivolous and not in good faith.

IS SO ORDERED this 4th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff failed to respond to the Motion for Summary Judgment. This failure means the facts set forth in the Defendants' Statement of Undisputed Material Facts are deemed admitted. Although Plaintiff now disputes some of these facts in his Objection, he may not do so given his failure to respond to the summary judgment motion. Plaintiff does not provide any reason—let alone a good one—to excuse his failure to respond to the summary judgment motion.