IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY PENISTER** **PLAINTIFF**
**ADC #092828**

v.  Case No. 4:21-cv-00290-LPR

**JOYCE MARSHALL, Lt.**
**Dub Brassell Detention Center** **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant Marshall. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment and the accompanying Order would not be taken in good faith.

IS SO ADJUDGED this 4th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE